IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF/RESPONDENT

v.                              No. 2:04-CR-20006

SCOTT JAMES EIZEMBER                                              DEFENDANT/PETITIONER

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Petitioner's motion to vacate is DENIED and this case is DISMISSED WITH PREJUDICE.  No certificate of appealability shall issue.

IT IS SO ADJUDGED this 27th day of December, 2016.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE